UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARMERS INSURANCE EXCHANGE,

                              HON. GEORGE CARAM STEEH
                              Case No. 11-cv-13137

vs.

RESPONSE WORLDWIDE INSURANCE,

_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE [#20] AND DISMISSING ACTION

      The parties appeared on this date for oral argument on plaintiff's motion for voluntary dismissal without prejudice, and for the reasons stated on the record;

      Plaintiff's motion for voluntary dismissal without prejudice is GRANTED.

      Plaintiff shall pay defendant's costs and attorney fees in the amount of $800.00, made payable to defendant Response Worldwide Insurance and defendant's counsel, Plunkett Cooney. The remainder of defendant's request for attorney fees and costs is denied without prejudice.

      The court shall retain jurisdiction for a period of nine (9) months from the date this order of dismissal is entered to determine if additional attorney fees and costs should be awarded, in the event a motion by defendant for such an award or for an extension of the court's jurisdiction is filed on or before November 28, 2012.

SO ORDERED.

Dated: February 28, 2012

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 28, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk